**Roderick JOE, Plaintiff—Appellant,**

v.

**William B. FUNDERBURK, Clerk of Court for Marlboro County; Robert E. Ward, Deputy Director; Division of Medical and Health Services; Robert E. Peterson, Deputy General Counsel; John Davis; Barney Loyd, Associate Warden; Whitney Smith, Captain; Lieutenant Coiden; Sergeant Lux; Sergeant Arflin; Officer Glenn; J.C. Counts, Associate Warden; Richard C. Bearden, MD; SCDC ADA Coordinator; Counselor Fox, Mental Health Counselor at Evans Correctional Institution; Counselor Moses, Mental Health Counselor at Evans Correctional Institution; Division of Investigations, Defendants—Appellees.**

No. 06–7704.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 25, 2007.

Decided: Jan. 31, 2007.

Roderick Joe, Appellant Pro Se.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roderick Joe appeals the district court's order adopting the magistrate judge's recommendation to dismiss his 42 U.S.C. § 1983 (2000) complaint without prejudice for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Joe v. Funderburk,* No. 8:06–cv–00119–GRA, 2006 WL 2707011 (D.S.C. Sept. 18, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*